West'n Dis'ct are unable to say the jury came to an erro-
*October* 1826
neous conclusion.

STAFFORD
*vs*
STAFFORD

It is therefore ordered, adjudged and de-
creed, that the judgment of the district
court be affirmed with costs.

*Thomas* for the plaintiff, *Baldwin* for the
defendant.

---

*HUNTER* vs. *SMITH.*

APPEAL from the court of the sixth district.

The plaintiff
may discon-
tinue or the
court may or-
der a dismis-
sal.

MARTIN, J. delivered the opinion of the
court. This case was remanded for a new
trial, in September 1824, vol. 3, 109. The
plaintiff, on the return of it, prayed leave to
dismiss his suit, which was granted, and the
defendant appealed.

The plaintiff's right to pray a discontinu-
ance of his suit was recognised by this court
in the case of *Petit* vs. *Gillet.* 5 *Martin* 20.
And we have heard nothing that militates
against it. The court may itself order a dis-
missal. *Part* 3, 22 3, 22, 9.

It is therefore ordered, adjudged and de-
ceeed, that the judgment of the district court
be affirmed with costs.

*Thomas* for the plaintiff, *Baldwin* for the defendant.